UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DEMOND MEEKS, | INDEX |
| Plaintiff, | State No.: E2021010968 |
| v. | Case No.: 22-6163 |
| THE CITY OF ROCHESTER, ALEXIS ORTIZ, TYLER COUCH, "JOHN JOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), | |
| Defendants. | |

Index of Exhibits to the Notice of Removal:

    Exhibit A: Summons and Complaint electronically filed with the Monroe County Clerk on or about December 8, 2021.

Dated: April 5, 2022
Rochester, New York

**LINDA KINGSLEY,**
**CORPORATION COUNSEL**

/s/ Spencer Ash

Spencer Ash, Esq., Of Counsel
*Attorneys for Defendants*
Office and Post Office Address
City Hall Room 400A, 30 Church Street
Rochester, NY 14614
Telephone: (585) 428-6699
Spencer.Ash@cityofrochester.gov

TO:  ROTH & ROTH, LLP
      ELLIOT SHIELDS, ESQ.
      192 Lexington Ave., Suite 802
      New York, NY 10016
      (212) 245-1020