UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| DEMOND MEEKS, | **CERTIFICATE OF SERVICE FOR NOTICE OF REMOVAL** |
| Plaintiff, | State No.: E2021010968 |
| v. | Case No.: 22-6163 |
| THE CITY OF ROCHESTER, ALEXIS ORTIZ, TYLER COUCH, "JOHN JOE POLICE OFFICERS 1-200" (names and number of whom are unknown at present), | |
| Defendants. | |

---

I HEREBY CERTIFY THAT ON April 5, 2022, I served the Defendants' Notice of Removal, dated April 5, 2022 upon the Plaintiff's attorney, by filing a copy of the Notice of Removal with the Court's ECF system.

Dated: April 5, 2022
Rochester, New York

**LINDA KINGSLEY,
CORPORATION COUNSEL**

/s/ Spencer Ash

---

Spencer Ash, Esq., Of Counsel
*Attorneys for Defendants*
Office and Post Office Address
City Hall Room 400A, 30 Church Street
Rochester, NY 14614
Telephone: (585) 428-6699
Spencer.Ash@cityofrochester.gov

TO: ROTH & ROTH, LLP
    ELLIOT SHIELDS, ESQ.
    192 Lexington Ave., Suite 802
    New York, NY 10016
    (212) 245-1020