UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

DEMOND MEEKS

        Plaintiff,

              VERIFIED ANSWER

              Jury Trial Demanded

v.

              E2021010968

CITY OF ROCHESTER, ALEXIS ORTIZ, TYLER COUCH, et al.

         Defendants.

---

City of Rochester Defendants, by their attorney Linda S. Kingsley, Esq., City of Rochester Corporation Counsel, and Spencer L. Ash., Esq. hereby answer the Plaintiff's Complaint as follows:

1. Admits the allegations set forth in Paragraphs 2, 3, 4, 7, 8, 9, and 10 of the Complaint.

2. Deny all other allegations set forth in the Complaint.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE, DEFENDANTS STATE:

3. That the Complaint fails to state a cause of action upon which relief may be granted against the defendant.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE, DEFENDANTS STATE:

4. Defendants are entitled to qualified immunity from suit because they did not violate any clearly established federal right and their actions were objectively reasonable.

1

## AS AND FOR A THIRD AFFIRMATIVE
## DEFENSE, DEFENDANTS STATE:

5.Plaintiff's stop and search were supported by reasonable suspicion.

## AS AND FOR A FOURTH AFFIRMATIVE
## DEFENSE, DEFENDANTS STATE:

6.Plaintiff's arrest and prosecution were supported by probable cause.

## AS AND FOR A FIFTH AFFIRMATIVE
## DEFENSE, DEFENDANTS STATE:

7.Plaintiff's injuries, if any, were cause by his own actions or the actions of third-parties.

## AS AND FOR A SIXTH AFFIRMATIVE
## DEFENSE, DEFENDANTS STATE:

8.Defendants did not proximately cause any of plaintiff's alleged injuries.

**WHEREFORE**, defendants City of Rochester demand:

(1)Judgment dismissing the complaint;

(2)The costs and disbursements of this action;

(3)Such other and further relief which to the Court may seem just and proper.

DATED: April 5, 2022

s/Spencer L. Ash
_____
Spencer L. Ash, Esq., of counsel
Attorneys for Defendants
30 Church Street, Room 400A City Hall
Rochester, NY   14614
Telephone:  (585) 428-6699

VERIFICATION

STATE OF NEW YORK     )
COUNTY OF MONROE   )

    SPENCER ASH, being duly sworn, deposes and says that I am a Municipal Attorney for Respondents City of Rochester, Alexis Ortiz and Tyler Couch. I have read the foregoing and know the contents to be true, and as to those matters stated to be on upon information and belief, I believe them to be true.

_____
Spencer Ash

Sworn to before me this 5th
day of April, 2022

_____

MICHELLE BRADBURY
Notary Public State of New York
Qualified in Monroe County – 01BR6315209
Commission Expires November 24, 20__