

**City of Rochester**

Department of Law
City Hall Room 400A, 30 Church Street
Rochester, New York 14614-1295
www.cityofrochester.gov

**Spencer L. Ash**
Municipal Attorney

April 14, 2022

Hon Elizabeth A. Wolford
U.S. Magistrate Judge
100 State Street
Rochester, NY 14614

      Re:  *Meeks v. City of Rochester, et al.*
          *Civil Action No.:  22-cv-6163*

Dear Judge Wolford:

     By email dated April 13, 2022 Defendants agreed to have the above-referenced matter remanded to state court, and to the sealing of subject email if Mr. Shields withdrew his costs application.  Although the City feels that the Amended Complaint contains a federal cause of action and there is nothing "confidential" about the referenced email, I articulated to Mr. Shields that the City has no interest in miring the Court in motion practice.

     The City does not oppose remand or the sealing of the email as same is consequential only in as much as it demonstrates the City's efforts to dialogue with Mr. Shields concerning the Amended Complaint.  As such, the current motions are a moot.

Sincerely,

  /s/

Spencer L. Ash
Municipal Attorney

ROTH & ROTH, LLP
ELLIOT SHIELDS, ESQ.
192 Lexington Ave., Suite 802
New York, NY 10016
(212) 245-1020